UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEXTER COMBS,<br><br>                    Plaintiff,<br><br>         v.<br><br>DARRELL HERRON,[1] and individual,<br>and LES SCHWAB TIRE CENTERS<br>OF WASHINGTON, INC.,<br><br>                    Defendants. | NO:  2:15-CV-0005-TOR<br><br>ORDER GRANTING STIPULATION<br>OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 22).  Pursuant to the parties' stipulation, all claims and causes of action are **DISMISSED** with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____

[1] The Clerk of Court shall correct the spelling of Defendant Herron's last name in conformity with this Order.

ORDER GRANTING STIPULATION OF DISMISSAL~ 1

1    **IT IS ORDERED:**

2        The parties' Stipulation of Dismissal (ECF No. 22) is **GRANTED**. All

3    claims and causes of action are **DISMISSED** with prejudice and without an award

4    of costs or fees to any party.

5        The District Court Executive is directed to enter this Order, provide copies

6    to counsel, and **CLOSE** the file.

7        **DATED** June 24, 2015.

8



9                            THOMAS O. RICE
                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATION OF DISMISSAL~ 2